**DISMISS; and Opinion Filed June 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01335-CV

**DARVETTE CHETAYE MCLEMORE, Appellant**
**V.**
**JASON JOHNSON, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04127-D**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. By postcard dated May 28, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

181335F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DARVETTE CHETAYE MCLEMORE,
Appellant

No. 05-18-01335-CV       V.

JASON JOHNSON, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-17-04127-D.
Opinion delivered by Justice Partida-
Kipness. Justices Whitehill and Pedersen,
III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 25th day of June, 2019.